IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID KIMO STRYHN, *et al.* | * | |
| *On behalf of themselves and on §behalf of all other similarly situated employees,* | * | |
| | * | Civil Action No. 1:16-cv-3246 |
| Plaintiffs, | * | |
| v. | * | |
| DIAMOND DETAIL, INC., *et al,* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED BRIEFING SCHEDULE

Plaintiffs, David Kimo Stryhn, Joshua Radford, Thomas McCauley, and Pedro Cardoso Eusebio, on behalf of themselves and on behalf of all other similarly situated employees, and Defendants Diamond Detail, Inc. ("Diamond Detail") and Charles Heinle, through their respective counsel, hereby stipulate, and the Court hereby orders, that:

1. On October 21, 2016, the plaintiffs filed a Motion for Conditional Certification of a FLSA Collective Action ("Plaintiffs' Motion"). (ECF No. 8.) Since the filing of Plaintiffs' Motion, the parties have worked together to prepare a joint stipulation that streamlines the resolution of Plaintiffs' Motion. The parties have agreed to the majority of the terms of the joint stipulation, but have reached an impasse concerning an issue relating to distribution of notice of the pending collective action lawsuit. On the one hand, Diamond Detail is of the position that notice should be distributed to all members of the class by U.S. First Class mail and email, and posted at Diamond Detail's retail location in Cockeysville, Maryland (hereinafter "Retail Location") and corporate headquarters in Owings Mills, Maryland (hereinafter "Corporate Headquarters"). On the other hand, Plaintiffs are of the position that the notice should be

#2726669v.1

distributed by U.S. First Class mail, posted at the Retail Location, the Corporate Headquarters, and also posted at all automobile dealership support locations operated by Diamond Detail. The parties are unable to resolve this issue and seek resolution from this Court.

2. The parties have conferred and agreed upon the following proposed briefing schedule:

    Defendants' Brief Due:    November 10, 2016

    Plaintiffs' Response Due:    November 18, 2016

3. Briefs shall be in letter format and no longer than two pages (single-spaced) each, excluding attachments and exhibits.

Respectfully Submitted,

LUCHANSKY LAW

By: /s/
Judd G. Millman (Bar No. 18212)
(*Filed by Jaime W. Luse, with written Consent of Judd G. Millman*)
606 Bosley Avenue, Suite 3B
Towson, Maryland 21204
(410) 522-1020 (phone)
(410) 522-1021 (facsimile)
judd@luchanskylaw.com
*Attorneys for Plaintiff*

TYDINGS & ROSENBERG LLP

By: /s/
Lawrence J. Quinn (Bar No. 07545)
Jaime W. Luse (Bar No. 27394)
Courtney B. Amelung (Bar No. 13422)
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Tel. (410) 752-9700
Fax (410) 727-5460
jluse@tydingslaw.com
*Attorneys for Defendants*

**SO ORDERED, by the Court:**

Date: 11/9/2016

Hon. George L. Russell, III
United States District Court Judge

2

#2726669v.1